UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

Operating Engineers Local #49 Health and
Welfare Fund and Central Pension Fund of the
International Union of Operating Engineers and
Participating Employers, Local #49 International Union
Of Operating Engineers and Associated General
Contractors of Minnesota Apprenticeship and Training
Program and their successors,

       Plaintiff,

v.

Polyurea Midwest Corporation and Walter Boorsma
individually and d/b/a Polyurea Midwest Corporation,

       Defendant,

_____

Case No: 09-0398 PAM/AJB

**ORDER FOR DISMISSAL**

       This matter is hereby dismissed without prejudice and without costs to either party.

IT IS SO ORDERED:

Dated: December __4__, 2009       BY THE COURT:

                                                s/Paul A. Magnuson
                                                The Honorable Paul A. Magnuson
                                                United States District Court Judge